**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF DELAWARE

Case number (if known): _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **JER Investors Trust Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **75-3152779** |
| 4. | **Debtor's address** | **Principal place of business**<br>**Ten Bank Street, Suite 1100**<br>**White Plains, NY 10606**<br>Number, Street, City, State & ZIP Code<br><br>**Westchester**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **http://www.jerinvestorstrust.com/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **JER Investors Trust Inc.**  Case number (*if known*) _____
        Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      **5313**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check **all** that apply*:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ■ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   - ■ No.
   - ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

Debtor   **JER Investors Trust Inc.**  
      Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No  
☒ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **JERIT Non-CDO CMBS 1 LLC** | Relationship | **Affiliate** |
| District | **Delaware** | When **12/29/23** | Case number, if known **(Pending)** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No  
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.  
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____  
    Number, Street, City, State & ZIP Code

**Is the property insured?**  
☐ No  
☐ Yes.   Insurance agency _____  
    Contact name _____  
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**      *Check one:*

☒ Funds will be available for distribution to unsecured creditors.  
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49  
☐ 50-99  
☐ 100-199  
☐ 200-999  
☐ 1,000-5,000  
☐ 5001-10,000  
☐ 10,001-25,000  
☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
☐ $500,001 - $1 million  
☐ $1,000,001 - $10 million  
☒ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million  
☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion

Debtor  **JER Investors Trust Inc.**                                                                                       Case number (*if known*)
         Name

| | | | |
|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | | ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **JER Investors Trust Inc.**                                    Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 29, 2023**
              MM / DD / YYYY

X _____/s/ Matt Dundon_____      **Matthew J. Dundon**
  Signature of authorized representative of debtor      Printed name

Title   **Chief Restructuring Officer**

**18. Signature of attorney**

X _____/s/ David M. Fournier_____      Date **December 29, 2023**
  Signature of attorney for debtor                      MM / DD / YYYY

**David M. Fournier**
Printed name

**Troutman Pepper Hamilton Sanders LLP**
Firm name
**Hercules Plaza
1313 Market Street
Suite 5100
Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **(302) 777-6500**      Email address   **David.Fournier@troutman.com**

**2812 (DE)**
Bar number and State

# UNANIMOUS WRITTEN CONSENT OF BOARD OF DIRECTORS OF JER INVESTORS TRUST INC. IN LIEU OF MEETING

## December 28, 2023

The undersigned, constituting all of the members of the Board of Directors (the "Board") of JER Investors Trust Inc. (the "Company"), acting in lieu of a meeting of the Board of Directors of the Company and pursuant to the Company's Amended and Restated Bylaws (the "Bylaws") and Section 2-408(c) of the Maryland General Corporation Law, hereby take the following actions and adopt the following resolutions (the "Resolutions"):

**WHEREAS,** in light of the Company's financial condition, the Company engaged certain professionals to advise the Company on the restructuring of the Company, including seeking relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), if advisable; and

**WHEREAS,** on July 24, 2023, the Board appointed Matthew J. Dundon of Dundon Advisers LLC as the Company's Chief Restructuring Officer (the "Authorized Officer"); and

**WHEREAS,** on September 20, 2023, Stephen P. Kovacs was appointed as an Independent Director to the Board;

**WHEREAS**, the Board has reviewed the materials presented by their advisors and the Board has engaged in numerous and extensive discussions (including, without limitation with management and professional advisors) regarding the Company's financial condition, including its liabilities and liquidity position, strategic alternatives available to it, and the impact of the foregoing on Company's business operations; and

**WHEREAS**, having considered the advice of financial and other advisors, the Board has determined that it is desirable and in the best interest of the Company and its creditors and other interested parties that a petition be filed by the Company pursuant to chapter 11 of the Bankruptcy Code;

**NOW, THEREFORE, BE IT**:

**RESOLVED:** That the Board has determined, after due consultation with members of the Company's management and the legal and financial advisors of the Company, that it is advisable and in the best interests of the Company and all of its residual claimants, including its creditors and other parties in interest, that the Company shall be, and hereby is, authorized to file, or cause to be filed, a petition seeking relief under the provisions of Chapter 11 of the Bankruptcy Code; and it is further

**RESOLVED:** That the Authorized Officer be, and hereby is, authorized, empowered, and directed, in the name of and on behalf of the Company, to execute and verify a

1

petition under chapter 11 of the Bankruptcy Code (including any and all plans, schedules, statements, motions, lists, applications, pleadings, orders, and other documents) and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") at such time or in such other jurisdiction as the Authorized Officer shall determine; and it is further

**RESOLVED:** That the Authorized Officer be, and hereby is, authorized, empowered, and directed, in the name of and on behalf of the Company, to employ the law firm of Troutman Pepper Hamilton Sanders LLP as general bankruptcy counsel to represent and advise the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance its rights and obligations, including filing any pleadings in connection with the chapter 11 case; and in connection therewith, the Authorized Officer is hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case (and to replenish said retainers as necessary to maintain the same), and cause to be executed and filed an appropriate application with the bankruptcy court for authority to retain the services of Troutman Pepper Hamilton Sanders LLP; and it is further

**RESOLVED:** That the Authorized Officer be, and hereby is, authorized, empowered, and directed, in the name of and on behalf of the Company, to employ Dundon Advisers to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance its rights and obligations in connection with the chapter 11 case; and in connection therewith, the Authorized Officer is hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case (and to replenish said retainers as necessary to maintain the same), and cause to be executed and filed an appropriate application with the bankruptcy court for authority to retain the services of Dundon Advisers and certain additional personnel employed by Dundon Advisers; and it is further

**RESOLVED:** That the Authorized Officer be, and hereby is, authorized, empowered, and directed, in the name of and on behalf of each Company, to employ other professionals, including attorneys, accountants, financial advisors, investment bankers, and tax advisors, necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officer is hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 cases (and to replenish said retainers as necessary to maintain the same), and cause to be executed and filed an appropriate application with the bankruptcy court for authority to retain the services of any other professionals, as necessary; and it is further

**RESOLVED:**   That the Authorized Officer be, and hereby is, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with the Company's chapter 11 case; and it is further

**RESOLVED:**   That the Authorized Officer and such other officers of the Company as the Authorized Officer shall designate from time to time, and any employees or agents (including counsel) designated by or directed by any such officers, be, and hereby is, authorized, empowered, and directed, in the name of and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of any such officer shall be or become necessary, proper, and desirable, to effectuate the successful prosecution of the Company's chapter 11 case; and it is further

**RESOLVED:**   That the Authorized Officer be, and hereby is, authorized, empowered and directed, on behalf of and in the name of the Company, to execute such consents on behalf of the Company as such Authorized Officer considers necessary, proper or desirable to effectuate these Resolutions, such determination to be evidenced by such execution or taking of such action; and it is further

**RESOLVED:**   That the Authorized Officer is authorized, empowered and directed to take or cause to be taken each of the actions described in these resolutions or any of the actions authorized by these resolutions on behalf of the Company's wholly-owned subsidiary, JERIT Non-CDO CMBS 1 LLC.

**RESOLVED:**   That any and all past actions heretofore taken by the Authorized Officer of the Company in the name of and on behalf of the Company in furtherance of any or all of the proceeding Resolutions be, and the same hereby are, ratified, confirmed, approved and adopted as a duly authorized act of the Company in all respects and for all purposes.

The actions taken by this written consent shall have the same force and effect as if taken at a meeting of the Board duly called and constituted pursuant to the Bylaws and Maryland General Corporation Law.

This written consent may be executed in as many electronic or original counterparts as may be required; all counterparts shall collectively constitute one and the same consent. This written consent shall be filed with the minutes of the proceedings of the Board.

IN WITNESS WHEREOF, the Board has executed this written consent as of the date first set forth above.

By: _____
Name: Stephen P. Kovacs
Title:   Independent Director

Fill in this information to identify the case:

Debtor name: **JER Investors Trust Inc.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| C-III Capital Partners<br>6031 Connection Drive<br>Irving, TX 75039 | | Trade Debt | | | | $4,789,996.00 |
| C-III JERIT Manager LLC<br>6031 Connection Drive<br>Irving, TX 75039 | | Trade Debt (Termination Fee) | | | | $15,000,000.00 |
| The Bank of New York Mellon Trust<br>240 Greenwich St<br>New York, NY 10286 | | Unsecured Note Payable | | | | $93,878,204.00 |

Anthony G. Brown
Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202


Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710


C-III Capital Partners
6301 Connection Drive
Irving, TX 75039


C-III JERIT Manager LLC
6301 Connection Drive
Irving, TX 75039


Comptroller of Maryland
80 Calvert Street
P.O. Box 466
Annapolis, MD 21404-0466


Damian Williams
United States Attorney's Office
Southern District of NY
86 Chambers Street / 3rd Floor
New York, NY 10007


David C. Weiss
United States Attorney's Office
District of DE
1313 N Market Street
PO Box 2046
Wilmington, DE 19801


Delaware Division of Revenue
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904


EJF Capital LLC
2107 Wilson Boulevard
Suite 410
Arlington, VA 22201


Erek L. Barron
United States Attorney's Office
District of MD
36 S. Charles Street 4th Fl.
Baltimore, MD 21201


Forvis, LLP
hamid.anghaie@FORVIS.com
400 North Ashley Drive
Suite 2540
Tampa, FL 33602


Hildene Capital Management
333 Ludlow Street
South Tower, 5th Floor
Stamford, CT 06902


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346


Kathy Jennings
Delaware Attorney General
Carvel State Building
820 N. French St.
Wilmington, DE 19801

Ken Paxton
Texas Attorney General
P.O. Box 12548
Austin, TX 78711-2548


Leigha Simonton
United States Attorney's Office
Northern District of TX
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699


Letitia James
New York State Attorney General
The Capitol
Albany, NY 12224-0341


New York Department of Revenue
1 Commerce Plaza, 99 Washington Avenue
Suite 600
Albany, NY 12231-0001


NYS Department of Taxation and Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300


Securities & Exchange Commission
Secretary of the Treasury
100 F Street, NE
Washington, DC 20549


Securities and Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903


The Bank of New York Mellon Trust
240 Greenwich Street
New York, NY 10286


Texas Comptroller of Public Accounts
111 East 17th Street
Lyndon B. Johnson State Office Building
Austin, TX 78774


Texas Department of Revenue
111 East 17th Street
Lyndon B. Johnson State Office Building
Austin, TX 78774


Timothy Fox
timothy.fox@usdoj.gov
Office of The United States Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801


U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Wells Fargo Bank, N.A.
PO Box 63020
San Francisco, CA 94163

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JER Investors Trust Inc.<br>　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No.: _____ (\_\_\_\_)<br><br>(Joint Administration Requested) |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY SECURITY HOLDERS**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, JER Investors Trust. Inc. (the "Debtor") hereby states as follows:

1. To the Debtor's knowledge, information and belief, Cede & Co. acts as a nominee to beneficial holders holding 86.2153% of the interests in the Debtor. The Debtor is not aware of any publicly held corporation holding more than 10% of the Debtor's stock, through Cede & Co. or otherwise. To the extent the Debtor discovers that a publicly held corporation holds 10% or more of the Debtor's stock, it will revise and supplement this statement accordingly.

2. A list of equity security holders, or the relevant nominee for such interest(s), is attached hereto as Exhibit 1.

**Exhibit 1**

| Equity Holder | Address of Equity Holder | Percentage of Equity Held[1] |
|---|---|---|
| Cede & Co. as nominee of DTCC | Po Box 20 Bowling Green Station, New York, NY 10004 | 86.2153%[2] |
| C-III Capital Partners LLC | 5221 N Oconnor Boulevard Suite 600 Irving, TX 75039 | 8.4524%[3] |
| Kodiak CDO II Ltd C/O Shirley Chan/Gin Li The Bank Of New York Mellon | 101 Barclay Street - Floor 8 East New York, NY 10286-0001 | 4.9212% |
| Jay A Zawatsky & Julia J Zawatsky | 10220 River Rd, Suite 302 Potomac, MD 20854-4942 | 0.1318% |
| Tony Dyakowski | 4474 3Rd Ave W Vancouver B C Canada V6R 1N | 0.0553% |
| AST Exchange Agent #13713 JER Investors Trust Inc C/O Corporate Actions | 6201 15Th Avenue Brooklyn, NY 11219 | 0.0436% |
| Peter D Linneman | 233 S 6Th St Apt 801 Philadelphia, PA 19106-3752 | 0.0284% |
| Harold W Purcell R/O IRA | 13900 Mt Hill Circle Midlothian, VA 23113-3916 | 0.0279% |
| Keith Belcher | 161 Brailsford St. Charleston, SC 29492 | 0.0174% |
| Edwin G Walter | 4489 Brinker Dr Virginia Bch, VA 23462-7945 | 0.0165% |
| Daniel J Altobello | 9430 Turnberry Dr. Pottomac, MD 20854 | 0.0137% |
| Mike Mcgillis | 2195 Residence Circle Naples, FL 34105 | 0.0123% |
| Kevin Walsh | 305 Talahi Road SE Vienna,VA 22180-5871 | 0.0123% |

---

[1] Unless otherwise stated, all equity held is common stock.
[2] 1.02% of shares held are restricted accredited shares and 0.12% of shares held are Rule 144 shares.
[3] 20.39% of shares held are restricted accredited shares.

| | | |
|---|---|---|
| Dwight L Bush | 3105 Ellicott Street, NW<br>Washington DD 20008-2026 | 0.0092% |
| James Kimsey | 1700 Pennsylvania Ave NW Suite 900<br>Washington, DC 20006-4730 | 0.0066% |
| Peter Linneman C/O John R Cattau Principal. & Chief Compliance Officer Attn: The Silver Man Group Inc. | 233 S 6Th St Apt #801<br>Philadelphia, PA 19106 | 0.0066% |
| Joseph Russo Jr | 4625 Curtiss Ct.<br>Virginia Beach, VA 23455-4315 | 0.0049% |
| Elizabeth Ann Schroeder Tr | 7208 24Th Ave W<br>Bradenton, FL 34209-5302 | 0.0033% |
| Charles F Caldwell | 1016 N Main St.<br>Wildorado, TX 79098-9999 | 0.0026% |
| Scott Lynn | 24245 Hidden Valley Place<br>Aldie, VA 20105-3460 | 0.0026% |
| Alex Gilbert | 8448 Holly Lane Drive<br>Mc Lean, VA 22102 | 0.0021% |
| Ken Krejca | 1753 Banchory Court<br>Downers Grove, Il 60515-3415 | 0.0021% |
| Ed Ratinoff | 17339 Weddington Street<br>Encino, CA 91316-2561 | 0.0021% |
| Jason Friday | 900 Brentwood Street #B<br>Austin, TX 78757-3033 | 0.0017% |
| Steven C Ottman | 759 Primrose Center Rd.<br>Belleville, Wisconsin 53508 | 0.0016% |
| Daniel D Dechamps Cust Karla Dechamps Under The CT Unif Gift Min Act | 43 Old Wheeler Lane<br>Avon, CT 06001 | 0.0013% |
| Donna M Hinterschied Rev Trust | 290 Naples Cove Dr Unit 2504<br>Naples,FL 34110-7667 | 0.0013% |
| Marilyn Williams | 22930 Fleet Ter.<br>Sterling, VA 20166-9484 | 0.0007% |
| Veva T Shivers | 1111 River Glynn Dr.<br>Houston, TX 77063-1516 | 0.0007% |

| | | |
|---|---|---|
| Perry C Burkett | 55 Knolls Crescent Apt 8K<br>Bronx, NY 10463-6358 | 0.0007% |
| Jabe T Shivers | 1111 River Glynn Dr.<br>Houston, TX 77063-1516 | 0.0007% |
| Alice Anne Coley IRA R/O | 142 Grey Squirrel Lane<br>Kitty Hawk, NC 27949-3541 | 0.0005% |
| Daniel D Dechamps Cust Nicola Dechamps Under The CT Unif Gift Min Act | 43 Old Wheeler Lane<br>Avon, CT 06001 | 0.0003% |
| Daniel D Dechamps Cust Pia Dechamps Under The CT Unif Gift Min Act | 43 Old Wheeler Lane<br>Avon, CT 06001 | 0.0003% |
| W Russell Ramsey | 8200 Greensboro Dr Ste 1550<br>Mclean, VA 22102-4919 | 0.0002% |

**Fill in this information to identify the case:**

Debtor name: **JER Investors Trust Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration  **Consolidated Corporate Ownership Statement and List of Equity Security Holders, Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 29, 2023**       X _[signature]_
Signature of individual signing on behalf of debtor

**Matthew J. Dundon**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor